**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel GYAMFI, a/k/a Nana, a/k/a Krateman, Defendant–Appellant.**

**No. 10–7561.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 21, 2011.

Daniel Gyamfi, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Gyamfi appeals the district court's order denying his motion for a downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*